IORUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *an assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>OUTSIDE INTERACTIVE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-4696 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
PURSUANT TO FED. R. CIV. P. RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants states as follows:

1.　Outside Interactive, Inc. is a Delaware corporation with its principal place of business in Colorado.

2.　No publicly held corporation owns 10% or more of Outside Interactive, Inc.

Date: April 9, 20024

By: *Aaron Van Nostrand*
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900
　*Attorneys for Defendant*