```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


JOHN DOE-1, et al.              :     CIVIL ACTION
                                :
      v.                        :
                                :
LEXISNEXIS RISK DATA            :     NO. 24-4566
MANAGEMENT, LLC, et al.         :
_____

ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :     NO. 24-4664
ROCKETREACH LLC, et al.         :
_____

ATLAS DATA PRIVACY              :     CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :     NO. 24-4696
OUTSIDE INTERACTIVE, INC.       :
_____
```

ORDER

AND NOW, this 11th day of April 2024, it is hereby ORDERED that:

(1) the Court will hold a status conference as to the above actions on Thursday, April 18, 2024, at 10:00 a.m. in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey.

(2) Among other issues, counsel should be prepared to discuss:

-2-

      (a)   subject matter jurisdiction;

      (b)   assignment of individual claims to Atlas;

      (c)   time to answer or otherwise respond to the complaints;

      (d)   expected defenses;

      (e)   discovery;

      (f)   scheduling, including stays and

      (g)   bellwether cases.

(3) These actions are all stayed through April 18, 2024.

BY THE COURT:

/s/   Harvey Bartle III
                              J.