CAMILLE JOANNE ROSCA (157952015)
crosca@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000

Attorneys for Defendant
Outside Interactive, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br> v.<br><br>OUTSIDE INTERACTIVE, INC., RICHARD ROES 1-10, fictitious names of unknown individuals, and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | Case No. 1:24-cv-04696-HB<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent to the substitution of Camille Joanne Rosca of the law firm Orrick, Herrington & Sutcliffe LLP as attorney for Defendant Outside Interactive, Inc. in the above-captioned matter.

Dated:  September 30, 2024

| ORRICK, HERRINGTON & SUTCLIFFE LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Camille Joanne Rosca<br>Camille Joanne Rosca | By: /s/  Aaron Van Nostrand<br>Aaron Van Nostrand |
| Superseding Attorney | Withdrawing Attorney |

## **CERTIFICATE OF SERVICE**

I, Camille Joanne Rosca, hereby certify that on September 30, 2024, I caused the foregoing Amended Notice of Removal to be electronically filed with the Clerk of the Court using the United States District Court for the District of New Jersey's CM/ECF system, which will notify counsel of record of the filing of this document.

By:     */s/ Camille Joanne Rosca*
           Camille Joanne Rosca