**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ATLAS DATA PRIVACY CORPORATION,
et al.

                Plaintiff,

v.

                Case No.: 1:24−cv−04696−HB
                Judge Harvey Bartle (EDPA), III

OUTSIDE INTERACTIVE, INC., et al.

                Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID L 000849 24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, tf

encl.
cc: All Counsel